# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LATHERIO MEADOWS,

              Petitioner,

v.

UNITED STATES OF AMERICA,

              Respondent.

Case No. 26-CV-1144-JPS

**ORDER**

Petitioner Latherio Meadows ("Meadows") petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. ECF No. 1. This petition, however, is Meadows's second petition related to the same criminal conviction. His previous § 2255 petition was dismissed. *Latherio Meadows v. United States of America*, No. 24-CV-1052-JPS, ECF No. 10 (E.D. Wis. Mar. 14, 2025). In June 2026, Meadows applied to the Seventh Circuit for leave to file a second or successive petition under § 2255, but the Seventh Circuit dismissed his application because he did not meet the standard for a successive petition. *Latherio Meadows v. United States of America*, No. 26-2362, ECF No. 2 (7th Cir. July 2, 2026). Because the Seventh Circuit dismissed Meadows' application and did not authorize him to file a second or successive habeas petition, the Court is constrained to dismiss this action. *See* 28 U.S.C. § 2255(h).

Petitioner has also moved for appointment of counsel. ECF No. 4. Because his petition must be dismissed, the motion to appoint counsel will be denied as moot.

Accordingly,

**IT IS ORDERED** that Petitioner Latherio Meadows's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, ECF No. 1, be and the same is hereby **DENIED**;

**IT IS FURTHER ORDERED** that Petitioner Latherio Meadows's motion to appoint counsel, ECF No. 4, be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of July, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge